JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW TATE, STACY TATE, | Case No. CV 18-3079 PA (PLAx) |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's October 30, 2018 Minute Order granting the Motion to Dismiss filed by defendant United States of America (the "Government"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Government shall have judgment in its favor against Plaintiffs;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' action is dismissed with prejudice; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that the Government shall have its costs of suit.

DATED: October 30, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE